**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| QVC, INC., | : |
| | : |
| | : |
| Plaintiff, | : |
| v. | :    CIVIL ACTION NO. |
| | : |
| GLOBAL PLASTIC SUPPLY, INC. | : |
| | : |
| Defendant. | : |

**DISCLOSURE STATEMENT FORM**
**OF PLAINTIFF QVC, INC.**
**PURSUANT TO FED. R. CIV. P. 7.1**

Please check one box:

❑      The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒      The nongovernmental corporate party, Plaintiff, QVC, Inc. , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: Liberty Interactive Corporation

_June 30, 2017_
Date

Signature (Validation AK781)
Counsel for:   Plaintiff QVC, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)     file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)     promptly file a supplemental statement upon any change in the information that the statement requires.